# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146862

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

EMONTA KENDALE GOSS,
    Defendant-Appellant.

SC: 146862
COA: 311451
Genesee CC: 11-028848-FC

_____/

   On order of the Court, the application for leave to appeal the January 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      June 25, 2013

p0617



             Clerk